1052

[No. 2411–2.   Division Two.   July 8, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. VERNON
GAGNON, *Appellant.*

Appeal from a judgment of the Superior Court for
Clallam County, No. 4428, Gerald B. Chamberlin, J.,
entered May 24, 1976. *Affirmed* by unpublished opinion per
Reed, J., concurred in by Petrie, C.J., and Pearson, J.